**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ramon Nunez, | No. CIV 05-2893–PHX-DGC (DKD) |
| Plaintiff, | **ORDER** |
| vs. | |
| Joe Arpaio, | |
| Defendant. | |

Plaintiff, formerly an inmate at Maricopa County Lower Buckeye Jail, filed a *pro se* Prisoner Civil Rights Complaint on September 21, 2005 (Doc. #1). The Court issued a Notice of Assignment, which warned Plaintiff that failure to file a Notice of Change of Address could result in the dismissal of his Complaint (Doc. #2). The Court ordered payment of the Inmate Filing Fee and ordered Defendant Arpaio to answer the Complaint on March 29, 2006 (Doc. #3, 4). The Court's March 29 Orders were returned as undeliverable, with no forwarding information available (Doc. #5).

**IT IS THEREFORE ORDERED DISMISSING** Plaintiff's Complaint **WITHOUT PREJUDICE** (Doc. #1).

DATED this 13th day of April, 2006.

David G. Campbell
United States District Judge